92–1755. Saenz v. Indus. Comm. *Lucas County*, No. L–91–251. On written request of counsel for appellants, it is ordered, effective March 9, 1993, that the reproduction of the record be dispensed with, and that this case be heard on the original record, provided pertinent parts of such record that are going to be relied upon for argument be inserted as an additional appendix to brief of appellant.

92–2345. Charter Oak Fed. Savings Bank v. Salaam. *Hamilton County*, No. C–910760. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Hamilton County to certify its record. Upon consideration of appellants' motion for stay of execution,

IT IS ORDERED by the court that said motion for stay of execution be, and the same is hereby, denied, effective March 9, 1993.

93–217. State v. Williams. *Cuyahoga County*, No. 61262. On motion for release on bond. *Sua sponte*, the motion is remanded to the trial court for consideration of Crim.R. 65, and for such action as it deems appropriate.

RESNICK AND F.E. SWEENEY, JJ., dissent and would deny the motion.

## MISCELLANEOUS DISMISSALS

92–2329. Glick v. Marler. *Hamilton County*, Nos. C–910722 and C–910733. Cause dismissed, on appellants' application for dismissal, effective March 9, 1993.

## MISCELLANEOUS DOCKET

92–2323. In re Doerger. This cause came on for further consideration upon respondent's appearance before this court in response to the court's order of February 24, 1993, and pursuant to the court's constitutional authority to regulate all matters relating to the practice of law, Section 2(B)(1)(g), Article IV, Ohio Constitution.

IT IS ORDERED by the court, effective March 9, 1993, that respondent, Al Doerger, is held in contempt.

IT IS FURTHER ORDERED that, by March 19, 1993, respondent may purge himself of contempt by scheduling a meeting with the Cincinnati Bar Association at which time he will respond to the subpoena *duces tecum* issued by the Board of Commissioners on the Unauthorized Practice of Law.

This order is issued pursuant to the court's authority under Section 2(B)(1)(g), Article IV, Ohio Constitution and Gov.Bar R. VII(12).